**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

| | |
|---|---|
| **TIMOTHY CRAIG, individually and on behalf of all others similarly situated,** | |
| *Plaintiff,* | |
| *v.* | **Case No. 5:16-cv-00338-JSM-PRL** |
| **CLUB EXPLORIA, LLC, a Delaware limited liability company,** | |
| *Defendant.* | |

<u>Counsel to Plaintiff's Written Designation and Consent to Act</u>

Pursuant to Local Rule 2.02(a), Benjamin H. Richman of the law firm Edelson PC hereby submits this Written Designation and Consent to Act on the part of David P. Healy and states as follows:

1.      Mr. Healy is an attorney with the law firm of Dudley, Sellers, Healy & Heath, PLLC, located at 3522 Thomasville Road, Suite 301, Tallahassee, Florida 32309, whose telephone number is (850) 222-5400, and facsimile number is (850) 222-7339.

2.      Mr. Healy is a member of The Florida Bar, and has been admitted to practice before this Court.  Mr. Healy's Florida Bar No. is 940410.

3.      Mr. Healy is a resident of Tallahassee, Leon County, Florida.

4.      All notices and papers in this action may be served upon Mr. Healy.

5.      Mr. Healy will be responsible for the progress of this case, including the trial, in default of the undersigned.

6.      I will comply with both the fee and email registration requirements of Local

Rule 2.01(d).

Dated:  May 26, 2016                              Respectfully submitted,

                                                  /s/ Benjamin H. Richman
                                                  Benjamin H. Richman
                                                  EDELSON PC
                                                  350 North LaSalle Street, 13th Floor
                                                  Chicago, Illinois 60654
                                                  Tel: 312.589.6370
                                                  Fax: 312.589.6378
                                                  brichman@edelson.com

## CONSENT OF DESIGNEE

I hereby consent to the foregoing designation.


Dated:  May 30, 2016                              /s/ David P. Healy
                                                  David P. Healy (940410)
                                                  As Designee
                                                  Dudley, Sellers, Healy & Heath, PLLC
                                                  3522 Thomasville Rd., Suite 301
                                                  Tallahassee, Florida 32309
                                                  (850) 222-5400
                                                  (850) 222-7339 (fax)
                                                  dhealy@davidhealylaw.com

                                                  Counsel to Plaintiff

<u>Certificate of Service</u>

I, David P. Healy, hereby certify that on May 30, 2016, I electronically filed the foregoing *Written Designation and Consent to Act* with the Clerk of the Court using the CM/ECF system.

/s/  David P. Healy