IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TIMOTHY CRAIG, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.                                                                        Case No. 5:16-cv-00338-JSM-PRL

CLUB EXPLORIA, LLC, a Delaware
limited liability company,

    Defendant.

_____/

## Motion to Appear *Pro Hac Vice*

Undersigned counsel of record moves for an order admitting attorney Benjamin H. Richman to appear *pro hac vice* as additional counsel of record to Plaintiff and states:

1.     Mr. Richman is not a resident of Florida and is not admitted to The Florida Bar or the Bar of this Court. He is admitted to practice law in the United States District Courts for the Northern District of Illinois and the District of Colorado.

2.     Mr. Richman has not appeared before this Court in separate cases to such a degree as to constitute the maintenance of a regular practice of law in Florida, nor has he been the subject of any attorney disciplinary proceedings.

3.     As required by Local Rule 2.02(a), Mr. Richman has designated undersigned counsel David P. Healy, who is both a resident of Florida and admitted to the Bar of this Court, to be responsible for the progress of the case and to receive notices and papers. The Written Designation and Consent to Act was filed on May 30, 2016 (Doc. 4), and the required Special

1

Admission Attorney Certification, and admission fee, were presented to the Clerk.  Finally, Mr. Richman has or will comply with the e-mail registration requirements of Local Rule 2.01(d).

4. All of the requirements of Local Rule 2.02(a) for the admission of this attorney *pro hac vice* have therefore been satisfied.

**WHEREFORE,** undersigned counsel moves for an order admitting Mr. Richman to appear as additional counsel of record to Plaintiff *pro hac vice,* and for such other and further relief that is just and appropriate.

/s/ David P. Healy
David P. Healy (940410)
Dudley, Sellers, Healy & Heath, PLC
SunTrust Financial Center
3522 Thomasville Rd., Suite 301
Tallahassee, Florida 32309
(850) 222-5400
(850) 222-7339 (fax)
dhealy@davidhealylaw.com

Stefan Coleman
(Bar No. 30188)
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 South Biscayne Boulevard, 28th Floor
Miami, Florida 33131
(877) 333-9427
(888) 498-8946 (fax)
law@stefancoleman.com

Benjamin H. Richman – Trial Counsel
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
(312) 589-6370
(312) 589-6378
brichman@edelson.com

*Counsel and Proposed Counsel for Plaintiff and the putative Classes*

Certificate of Service

**I HEREBY CERTIFY** that I filed the foregoing on June 15, 2016, using the CM/ECF filing system which will cause a true and correct copy to be sent via electronic transmission to all attorneys and interested parties of record.

/s/ David P. Healy