UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO.: 5:16-CV-00338-JSM-PRL

TIMOTHY CRAIG, individually and on behalf
of all others similarly situated,

        Plaintiffs,

vs.

CLUB EXPLORIA, LLC,

        Defendant.
_____/

## DEFENDANT CLUB EXPLORIA, LLC'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT AND MEMORANDUM IN SUPPORT

COMES NOW Defendant Club Exploria, LLC ("Exploria"), and pursuant to Federal Rule of Civil Procedure 6(b) and Rule 1.07 of the Middle District of Florida Local Rules, moves this Court for a thirty-day extension of time up through and including July 29, 2016, in which to answer, move, or otherwise respond to Plaintiff's Class Action Complaint. Pursuant to Rule 3.01 of the Middle District of Florida Local Rules, counsel for Exploria sought and obtained Plaintiff's consent to this motion on June 27, 2016.

### MEMORANDUM IN SUPPORT

Defendant Exploria has moved pursuant to Federal Rule of Civil Procedure 6(b) and Rule 1.07 of the Middle District of Florida Local Rules for a thirty-day extension of time, up through and including July 29, 2016, in which to answer, move, or otherwise respond to Plaintiff's Class Action Complaint.

Plaintiff filed his Complaint on May 17, 2016. An answer, motion or other response to Plaintiff's Complaint would be due on June 29, 2016 absent any extension. Exploria is currently

investigating the claims made by Plaintiff and requires additional time to fully and accurately respond thereto. Among other things, in order to conduct its investigation into Plaintiff's claims, Exploria has requested (and Plaintiff has recently agreed to soon provide) Plaintiff's telephone number that was purportedly called by Exploria. To complete its investigation, Exploria respectfully requests an additional thirty (30) days, until July 29, 2016, to answer or otherwise plead in response to Plaintiff's Class Action Complaint. The additional time requested herein will not prejudice any party and is not made for any improper purpose.

Certification. Prior to filing the instant Motion, counsel for Exploria contacted counsel for Plaintiff to address the requested extension. Plaintiff's counsel advised that he has no objection to this request and consents to the relief sought herein.

WHEREFORE, Defendant Club Exploria, LLC respectfully requests that this Court grant the instant Motion and allow it up through and including July 29, 2016, to answer, move, or otherwise respond to Plaintiff's Class Action Complaint.

Respectfully submitted,

/s/ Matthew G. Brenner
_____
Matthew G. Brenner
Florida Bar No. 515681
Ronald D. Edwards, Jr.
Florida Bar No. 0053233
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
215 North Eola Drive
Post Office Box 2809
Orlando, Florida 32802
(407) 843-4600
(407) 843-4444 [Fax]
matt.brenner@lowndes-law.com
ronald.edwards@lowndes-law.com
lit.control@lowndes-law.com
tracy.kennison@lowndes-law.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was filed on this 27th day of June, 2016 with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

_____
Matthew G. Brenner

0099998\010901\2726145v1