# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| TIMOTHY CRAIG, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CLUB EXPLORIA, LLC, a Delaware limited liability company,<br><br>*Defendant*. | Case No: 5:16-cv-338-DL-30 |

## AGREED MOTION FOR AND MEMORANDUM IN SUPPORT OF REQUEST TO CONTINUE CASE DEADLINES AND TAKE LIMITED DISCOVERY

Plaintiff Timothy Craig ("Plaintiff") and Defendant Club Exploria, LLC ("Defendant"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b), jointly move the Court for an order continuing all current deadlines by thirty (30) days. Pursuant to Middle District of Florida Local Rule 3.01(g), the Parties have conferred and agreed to the requested relief.

## MEMORANDUM

Plaintiff filed his Class Action Complaint and Demand for Jury Trial on May 17, 2016, and Defendant was served with the Complaint on June 6, 2016. (Dkts. 1, 8.) Pursuant to the Court's Related Case Order and Track Two Notice, the Parties were required to meet within forty-five days after Defendant was served to prepare a case management report (Dkt. 3), which they did on July 22, 2016.

During and prior to the initial case management meeting, the Parties discussed Plaintiff's allegations and Defendant explained that, based on its investigation and internal

records, the allegedly offending calls to Plaintiff identified in the Complaint do not appear to have been placed from either its in-house call center or any of its vendors. The Parties determined that it would be most appropriate and efficient to first determine what entity placed the allegedly offending calls to Plaintiff (be it a vendor or perhaps more likely, an unaffiliated third-party), and they began to work together to identify the source of those calls.

In light of those circumstances, the Court entered an Order on July 27, 2016 extending the relevant case deadlines to allow the Parties sufficient time to identify the source of the calls. (Dkt. 11.) Since then, the Parties have worked diligently to do so. Plaintiff served a subpoena on NeuStar, Inc. on August 26, 2016. In response, NeuStar told Plaintiff that it had no responsive documents, but provided a number of telephone providers for the telephone numbers referenced in the subpoena during the relevant time period. Accordingly, Plaintiff then served the telephone providers identified by NeuStar with subpoenas. The providers' responses to those subpoenas are due no later than September 28, 2016.

Currently, however, the Parties have multiple upcoming deadlines that are fast-approaching, including:

- Defendant's deadline to answer or respond to the Complaint by September 27, 2016.
- The Parties' deadline to file a case management report by October 4, 2016.
- Plaintiff's deadline to file a motion for class certification by October 14, 2016.

Given their ongoing efforts regarding the source of the calls at issue, and the fact that the providers' deadline to respond to the outstanding subpoenas is not until next Wednesday, September 28, 2016 (which occurs after the current deadline for Defendant's responsive

pleading), the Parties have conferred and agreed to request a thirty (30) day continuance of all deadlines so they can determine the owners of the telephone numbers at issue before expending their time and resources briefing pleadings motions or a motion to certify a class, or engaging in wide-ranging discovery. The Parties therefore respectfully request that the Court continue to allow them, if needed, to take limited discovery into the entities that own and operate the telephone numbers identified in the Complaint, and grant a continuance of their case-related deadlines, such that:

- Defendant's deadline to answer or otherwise respond to the Complaint would be October 27, 2016.

- The Parties' deadline to file a case management report would be November 3, 2016.[1]

- Plaintiff's deadline to file a motion for class certification would be November 14, 2016.

The relief requested herein is made in good faith and not for any improper purpose. It will not prejudice any party, but rather will conserve judicial resources and allow the Parties to focus their efforts on efficiently litigating this matter.

<u>Certification</u>. Prior to filing the instant Agreed Motion, counsel for Plaintiff and Defendant discussed and agreed to the relief sought herein.

WHEREFORE, Plaintiff Timothy Craig and Defendant Club Exploria, LLC respectfully request that this Court (i) grant their Motion, and (ii) extend the Parties' current deadlines by thirty (30) days, and (iii) if needed, allow them to take limited discovery into the entities that own and operate the telephone numbers identified in the Complaint.

---

[1] Within their case management report, the Parties will discuss any class-certification related deadlines and determine whether it is appropriate to propose a separate class certification briefing schedule following discovery, subject to Court approval.

3

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **TIMOTHY CRAIG**, individually and on behalf of all others similarly situated, |
| Dated: September 23, 2016 | By: /s/ Benjamin H. Richman<br>     One of Plaintiff's Attorneys |
|  | David P. Healy<br>(Florida Bar No. 940410)<br>DUDLEY, SELLER, HEALY & HEATH, PLLC<br>SunTrust Financial Center<br>3522 Thomasville Rd., Suite 301<br>Tallahassee, Florida 32309<br>Tel: 850.225.5400<br>Fax: 850.222.7339<br>dhealy@davidhealylaw.com |
|  | Stefan Coleman<br>(Florida Bar No. 30188)<br>LAW OFFICES OF STEFAN COLEMAN, P.A.<br>201 South Biscayne Boulevard, 28th Floor<br>Miami, Florida 33131<br>Tel: 877.333.9427<br>Fax: 888.498.8946<br>law@stefancoleman.com |
|  | Benjamin H. Richman – Trial Counsel*<br>EDELSON PC<br>350 North LaSalle Street, 13th Floor<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378<br>brichman@edelson.com |
|  | * Admitted *Pro Hac Vice* |
|  | **CLUB EXPLORIA, LLC**, |
| Dated: September 23, 2016 | By: /s/ Matthew G. Brenner<br>     One of its Attorneys |

Matthew G. Brenner
Florida Bar No. 515681
Ronald D. Edwards, Jr.
Florida Bar No. 0053233
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
215 North Eola Drive
Post Office Box 2809
Orlando, Florida 32802
(407) 843-4600
(407) 843-4444 [Fax]
matt.brenner@lowndes-law.com
ronald.edwards@lowndes-law.com
lit.control@lowndes-law.com
tracy.kennison@lowndes-law.com

**Certificate of Service**

I, Benjamin H. Richman, hereby certify that on September 23, 2016, I electronically filed the foregoing *Agreed Motion for and Memorandum in Support of Request to Continue Case Deadlines and Take Limited Discovery* with the Clerk of the Court using the CM/ECF system.

/s/ Benjamin H. Richman