# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| TIMOTHY CRAIG, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>CLUB EXPLORIA, LLC, a Delaware limited liability company,<br><br>    *Defendant*. | Case No: 5:16-cv-338-JSM-PRL |

**AGREED MOTION FOR AND MEMORANDUM IN SUPPORT OF REQUEST TO CONTINUE CASE DEADLINES AND TAKE LIMITED DISCOVERY**

Plaintiff Timothy Craig ("Plaintiff") and Defendant Club Exploria, LLC ("Defendant"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b), jointly move the Court for an order continuing all current deadlines by approximately thirty (30) days. Pursuant to Middle District of Florida Local Rule 3.01(g), the Parties have conferred and agreed to the requested relief.

**MEMORANDUM**

Plaintiff filed his Class Action Complaint and Demand for Jury Trial on May 17, 2016, and Defendant was served with the Complaint on June 6, 2016. (Dkts. 1, 8.) Pursuant to the Court's Related Case Order and Track Two Notice, the Parties were required to meet within forty-five days after Defendant was served to prepare a case management report (Dkt. 3), which they did on July 22, 2016.

During and prior to the initial case management meeting, the Parties discussed Plaintiff's allegations and Defendant explained that, based on its investigation and internal

records, the allegedly offending calls to Plaintiff identified in the Complaint do not appear to have been placed from either its in-house call center or any of its vendors. The Parties determined that it would be most appropriate and efficient to first determine what entity placed the allegedly offending calls to Plaintiff (be it a vendor or perhaps more likely, an unaffiliated third-party), and they began to work together to identify the source of those calls.

In light of those circumstances, the Court entered an Order on July 27, 2016 extending the relevant case deadlines to allow the Parties sufficient time to identify the source of the calls. (Dkt. 11.) Since then, the Parties have worked diligently to do so. Plaintiff served a subpoena on NeuStar, Inc. on August 26, 2016. In response, NeuStar told Plaintiff that it had no responsive documents, but provided a number of telephone providers for the telephone numbers referenced in the subpoena during the relevant time period. Accordingly, Plaintiff then served the telephone providers identified by NeuStar with subpoenas. Because the deadline to respond to the subpoenas was September 28, 2016, or after the deadline for Defendant to file an answer, the Parties jointly moved to extend the time to meet case deadlines and complete third-party discovery, which this Court granted. (Dkts. 12-13.) Those telephone providers likewise responded and identified two additional entities for Plaintiff to subpoena. Those subpoenas have likewise been served. One provider has identified another entity to be served, and the other has until October 26, 2016 to respond.

Plaintiff has been actively working to identify the entities who own and/or operate the relevant phone numbers and will continue to do so. Currently, however, the Parties have multiple fast-approaching deadlines, including:

- Defendant's deadline to answer or respond to the Complaint by October 27,

2016.

- The Parties' deadline to file a case management report by November 3, 2016.

- Plaintiff's deadline to file a motion for class certification by November 14, 2016.

Given their ongoing efforts regarding the source of the calls at issue, the Parties have conferred and agreed to request an approximately thirty (30) day continuance of all deadlines so they can determine the owners of the telephone numbers at issue before expending their time and resources briefing pleadings motions or a motion to certify a class, or engaging in wide-ranging discovery. The Parties believe that the requested extension will allow them to conserve their and the Court's time and resources, and they do not anticipate seeking any further extensions.

The Parties therefore respectfully request that the Court continue to allow them, if necessary, to take limited discovery into the entities that own and operate the telephone numbers identified in the Complaint, and grant a continuance of their case-related deadlines, such that:

- Defendant's deadline to answer or otherwise respond to the Complaint would be November 28, 2016.

- The Parties' deadline to file a case management report would be December 5, 2016.[1]

- Plaintiff's deadline to file a motion for class certification would be December 14, 2016.

The relief requested herein is made in good faith and not for any improper purpose. It

---

[1] Within their case management report, the Parties will discuss any class-certification related deadlines and determine whether it is appropriate to propose a separate class certification briefing schedule following discovery, subject to Court approval.

will not prejudice any party, but rather will conserve judicial resources and allow the Parties to focus their efforts on efficiently litigating this matter.

<u>Certification</u>. Prior to filing the instant Agreed Motion, counsel for Plaintiff and Defendant discussed and agreed to the relief sought herein.

WHEREFORE, Plaintiff Timothy Craig and Defendant Club Exploria, LLC respectfully request that this Court (i) grant their Motion, and (ii) extend the Parties' current deadlines by approximately thirty (30) days, and (iii) if needed, allow them to take limited discovery into the entities that own and operate the telephone numbers identified in the Complaint.

Respectfully submitted,

**TIMOTHY CRAIG**, individually and on behalf of all others similarly situated,

Dated: October 25, 2016

By: /s/ Benjamin H. Richman
      One of Plaintiff's Attorneys

David P. Healy
(Florida Bar No. 940410)
DUDLEY, SELLER, HEALY & HEATH, PLLC
SunTrust Financial Center
3522 Thomasville Rd., Suite 301
Tallahassee, Florida 32309
Tel: 850.225.5400
Fax: 850.222.7339
dhealy@davidhealylaw.com

Stefan Coleman
(Florida Bar No. 30188)
Law Offices of Stefan Coleman, P.A.
201 South Biscayne Boulevard, 28th Floor
Miami, Florida 33131
Tel: 877.333.9427
Fax: 888.498.8946
law@stefancoleman.com

        Benjamin H. Richman – Trial Counsel*
        EDELSON PC
        350 North LaSalle Street, 13th Floor
        Chicago, Illinois 60654
        Tel: 312.589.6370
        Fax: 312.589.6378
        brichman@edelson.com

        * Admitted *Pro Hac Vice*


        **CLUB EXPLORIA, LLC**,

Dated: October 25, 2016        By: /s/ Matthew G. Brenner
           One of its Attorneys

        Matthew G. Brenner
        Florida Bar No. 515681
        Ronald D. Edwards, Jr.
        Florida Bar No. 0053233
        Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
        215 North Eola Drive
        Post Office Box 2809
        Orlando, Florida 32802
        (407) 843-4600
        (407) 843-4444 [Fax]
        matt.brenner@lowndes-law.com
        ronald.edwards@lowndes-law.com
        lit.control@lowndes-law.com
        tracy.kennison@lowndes-law.com

**Certificate of Service**

I, Benjamin H. Richman, hereby certify that on October 25, 2016, I electronically filed the foregoing *Agreed Motion for and Memorandum in Support of Request to Continue Case Deadlines and Take Limited Discovery* with the Clerk of the Court using the CM/ECF system.

/s/ Benjamin H. Richman