IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| TIMOTHY CRAIG, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>CLUB EXPLORIA, LLC, a Delaware limited liability company,<br><br>    *Defendant*. | Case No: 5:16-cv-338-JSM-PRL |

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41

Plaintiff Timothy Craig and Defendant Club Exploria, LLC (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal *without prejudice* of Craig's individual claims against Defendant and *without prejudice* of the putative class's claims. In support of the instant stipulation, the Parties state as follows:

WHEREAS, on May 17, 2016, Plaintiff filed his class action complaint (Dkt. 1);

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties may stipulate to the dismissal of this action without a Court order;

WHEREAS, the Parties have conferred and agreed to stipulate to the dismissal *without prejudice* of Craig's individual claims against Defendant in this action;

WHEREAS, the Parties have further conferred and agreed to stipulate to the dismissal *without prejudice* of the putative class's claims against Defendant in this action;

WHEREAS, the Parties shall each bear their own attorneys' fees and expenses incurred in any way related to the litigation of this action;

NOW THEREFORE, the Parties hereby STIPULATE and AGREE as follows:

1. Plaintiff Craig's individual claims against Defendant in this action shall be dismissed *without prejudice*;

2. The claims of the putative class in this action shall be dismissed *without prejudice*;

3. The Parties shall each bear their own attorneys' fees and expenses incurred in any way related to the litigation of this action.

IT IS SO STIPULATED.

Respectfully submitted,

**TIMOTHY CRAIG**, individually and on behalf of all others similarly situated,

Dated: December 23, 2016   By: /s/ Benjamin H. Richman
   One of Plaintiff's Attorneys

David P. Healy
(Florida Bar No. 940410)
DUDLEY, SELLER, HEALY & HEATH, PLLC
SunTrust Financial Center
3522 Thomasville Rd., Suite 301
Tallahassee, Florida 32309
Tel: 850.225.5400
Fax: 850.222.7339
dhealy@davidhealylaw.com

Benjamin H. Richman – Trial Counsel*
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
brichman@edelson.com

        Stefan Coleman
        (Florida Bar No. 30188)
        Law Offices of Stefan Coleman, P.A.
        201 South Biscayne Boulevard, 28th Floor
        Miami, Florida 33131
        Tel: 877.333.9427
        Fax: 888.498.8946
        law@stefancoleman.com

        \* Admitted *Pro Hac Vice*

        **CLUB EXPLORIA, LLC**,

Dated: December 23, 2016    By: /s/ Matthew G. Brenner
          One of its Attorneys

        (*Signed by Filing attorney with permission of Non-filing Attorney*)

        Matthew G. Brenner
        Florida Bar No. 515681
        Ronald D. Edwards, Jr.
        Florida Bar No. 0053233
        Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
        215 North Eola Drive
        Post Office Box 2809
        Orlando, Florida 32802
        (407) 843-4600
        (407) 843-4444 [Fax]
        matt.brenner@lowndes-law.com
        ronald.edwards@lowndes-law.com
        lit.control@lowndes-law.com
        tracy.kennison@lowndes-law.com

4

Certificate of Service

    I, Benjamin H. Richman, hereby certify that on December 23, 2016, I electronically field the foregoing *Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41* with the Clerk of the Court using the CM/ECF system.

    /s/ Benjamin H. Richman