## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

TIMOTHY CRAIG,

     Plaintiff,

v.                                        Case No: 5:16-cv-338-Oc-30PRL

CLUB EXPLORIA, LLC,

     Defendant.

_____

### ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal (Dkt. #18).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice, each party to bear their own attorney's fees and costs.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of December, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record